## CONSENT TO JOIN
## PURSUANT TO 29 U.S.C. §216(b)

1. I, __Brianna Baker__, hereby consent and agree and opt-in to become a plaintiff class member in a lawsuit or arbitration brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, et seq. against my current/former employer, Morgan Graham, Inc. d/b/a Around the Clock Care, and any of its officers, agents, parent corporations, subsidiaries, joint employers and representatives.

2. I hereby agree to be bound by any adjudication of this action by the Court or arbitrator, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by the Court or an arbitrator as fair, adequate, and reasonable.

DATE: 3/31/2022

SIGNATURE: _Brianna Baker_ (DocuSigned by: D410E6775BA6462...)

Brianna Baker

PRINTED NAME

**Email or Mail to:** Robert P. Kondras, Jr.
HASSLER KONDRAS MILLER LLP
100 Cherry Street
Terre Haute, IN 47807
Phone: (812) 232-9691
Facsimile: (812) 234-2881
Email: kondras@hkmlawfirm.com