UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| BRIANNA D. BAKER, individually and on behalf of others similarly situated<br><br>Plaintiff<br><br>vs.<br><br>MORGAN GRAHAM, INC.<br>d/b/a AROUND THE CLOCK CARE<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)  CASE NO: 3:22-cv-000035-SEB-MPB<br>)<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL

Come now the Plaintiff, Brianna D. Baker, by counsel, Hassler Kondras Miller LLP, and Defendant, Morgan Graham, Inc. d/b/a Around the Clock Care, by counsel, Ziemer, Stayman, Weitzel & Shoulders, LLP, and having filed their "Stipulation of Dismissal of Action" and the Court, having considered the same, and being duly advised, now finds that Plaintiff's FLSA Collective Action Complaint for Damages should be dismissed with prejudice.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff's FLSA Collective Action Complaint for Damages against the Defendant, Morgan Graham, Inc. d/b/a Around the Clock Care, be dismissed, with prejudice, with each party to bear their own costs.

6/24/2022
Date

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record via email generated by the Court's ECF System.**